United States Court of Appeals
Fifth Circuit

**F I L E D**

June 21, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-50865
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NANCY ROMAN-ARENIVAS, also known as Nancy Roman,
also known as Nancy Arenivas Roman,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:05-CR-29-1
--------------------

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Larry Chris Iles, appointed to represent Nancy Roman-Arenivas, has filed a motion to withdraw and brief pursuant to Anders v. California, 386 U.S. 738, 744 (1967). Roman-Arenivas has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.